

FILED

NOV 1 6 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> AMORY QUENTIN JAMAR DUDLEY, and ) <br> and SHENEKA L. DUDLEY MITCHELL ) <br> ) | CR NO. 2:07CR281-MHT <br> [21 USC § 841(a)(1) & <br> 18 USC § 924(c)] <br> **INDICTMENT** |

The Grand Jury Charges:

## COUNT 1

On or about the 26th day of March, 2004, in Elmore County, within the Middle District of Alabama, the defendants,

**AMORY QUENTIN JAMAR DUDLEY, and
SHENIKA L. DUDLEY MITCHELL,**

did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## Count 2

On or about the 26th day of March, 2004, in Elmore County, within the Middle District of Alabama, the defendant,

**AMORY QUENTIN JAMAR DUDLEY,**

did knowingly use and carry a Glock, Model 19, 9mm pistol, a better description being unknown to the Grand Jury, during and in relation to a drug trafficking offense as charged in Count 1 herein, and did possess said firearm in furtherance of, a drug trafficking offense charged in Count 1 herein, in violation of Title 18, United States

Code, Section 924(c)(1)(A).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
A. CLARK MORRIS
Assistant United States Attorney