UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA	) | |
| ) | |
| vs.	) | DOCKET NO.  2:07cr281-MHT |
| ) | |
| SHENEKA L. DUDLEY MITCHELL	) | |

## ORDER TO MODIFY CONDITIONS OF RELEASE

For good cause, it is ORDERED that the terms of release imposed on November 30, 2007, be MODIFIED as follows:

The defendant shall be released from the custody of the U.S. Marshal this date. The condition ordering participation in the home confinement program with electronic monitoring shall be removed.

All other conditions imposed on November 30, 2007 shall remain in full force and effect.

**DONE** this 6th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
 UNITED STATES MAGISTRATE JUDGE