IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED

NORTHERN DIVISION          2008 JAN 25 P 1:51

UNITED STATES OF AMERICA          *          DEBRA P. HACKETT, CLK
                                              U.S. DISTRICT COURT
                                  *          MIDDLE DISTRICT ALA

v.                                * CASE NO. 2:07CR281-MHT

                                  *

SHENEKA L. DUDLEY MITCHELL        *


## MOTION TO CONTINUE


COMES NOW the above named SHENEKA L. DUDLEY MITCHELL and, through

counsel, moves this Court to continue the trial in this cause presently set for March 17, 2008. As

grounds for said motion counsel avers the following;

1.  Counsel was appointed to represent the Defendant on or about 11-30-07.

2.  Defendant and Co-defendant, Amory Quentin Jamar Dudley, are both seeking a

continuance of the trial date of March 17, 2008 in the interest of Judicial Economy. There are

pending identical State charges in Elmore County which could place the United States in a

position to allow the State to litigate this case to a final conclusion.

3.  A Waiver of Speedy Trial Right, if necessary, shall be filed with this Court.

4.  Counsel has contacted the Assistant United States Attorney to discuss the continuance

and she has no objection to a continuance.

WHEREFORE, counsel moves this Court to continue the present trial date of March 17,

2008 until a future date.

      Respectfully submitted this the 25th day of January, 2008.

Pate DeBardeleben, Attorney for Defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing on the Honorable Clark Morris

by mailing to P.O. Box 197, Montgomery, AL 36101-0197, and to the Honorable Susan James

by mailing to 600 South McDonough Street, Montgomery, AL 36104 this the 25th day of January,

2008.

Pate DeBardeleben