IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    )<br>                             )<br>     v.                      )<br>                             )<br>SHENEKA L. DUDLEY MITCHELL   ) | CRIMINAL ACTION NO.<br>   2:07cr281-MHT |

## ORDER

It is ORDERED that defendant Sheneka L. Dudley Mitchell's motion to continue (Doc. No. 28) is denied. The court does not understand why the parties cannot resolve their concerns and be ready for trial by March 17, 2008.

DONE, this the 29th day of January, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE