IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr281-MHT |
| SHANEKA DUDLEY MITCHELL | ) | (WO) |

ORDER

This cause is before the court on defendant Shaneka Dudley Mitchell's motion to continue. For the reasons set forth below, the court finds that jury selection and trial, now set for March 17, 2008, should be continued pursuant to 18 U.S.C. § 3161(h)(8).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or

> indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

§ 3161(c)(1). The Act excludes from the 70-day period any "reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted," § 3161(h)(7); any "delay resulting from trial with respect to other charges against the defendant," § 3161(h)(1)(D); and any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(8)(A).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Mitchell in a speedy trial. A continuance has been granted to Mitchell's codefendant, Amory Dudley, pending the outcome of a motion to suppress filed in state court on related charges. See United

States v. Darby, 744 F.2d 1508, 1517 (11th Cir. 1984) ("the rule in this Circuit is that the delay caused by one defendant is excludable as to his codefendants") (quoting United States v. Stafford, 697 F.2d 1368, 1372 (11th Cir. 1983)).  Further, parallel state charges are pending against Mitchell as well.  The scheduled trial date, March 17, 2008, does not provide enough time for the state court to resolve these charges.  Further, the government does not oppose this continuance.

    Accordingly, it is ORDERED as follows:

    (1) Defendant Shaneka Dudley Mitchell's motion for continuance (doc. no. 38) is granted.

    (2) The jury selection and trial, now set for March 17, 2008, are reset for June, 23, 2008, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

    DONE, this the 12th day of March, 2008.

                                 /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE