IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CR. NO. 2:07cr281-MHT |
| | * |
| SHENEKA L. DUDLEY MITCHELL | * |

## DEFENDANT'S MOTION IN LIMINE

COMES NOW the above named Sheneka L. Dudley Mitchell, and through appointed counsel, moves this Court to exclude the Governments's intent to use prior drug sale evidence against the Defendant. As grounds for said Motion counsel avers the following;

1. The United States wishes to introduce evidence that the Defendant sold drugs on or about March 8th, 2004. Pursuant to the Central Alabama Drug Task Force Investigative Report (bate stamp # 118) there was an audio tape of the alleged sale. This alleged sale is not charged in the instant indictment against the Defendant.

2. The audio was not produced with the initial disclosure of discovery on or about December 4, 2007. On January 10th, 2008 counsel for the Defendant sent written request that certain items of discovery were missing including the audio tape of the alleged sale by the Defendant on 3-8-04, and asked for it's production.

3. On January 16, 2008 Counsel for the government supplied video and photos of the

Search Warrant associated with the case but no audio of the sale on 3-8-04 was supplied.

4. Pursuant to Federal Rules of Criminal Procedure 16 (a)(B)(i), "Upon a defendant's request, the government must disclose to the defendant, and make available for inspection, copying, or photographing, all of the following: any relevant written or recorded statement by the defendant if; the statement is within the government's possession, custody, or control: and the attorney for the government knows—or through due diligence could know—that the statement exist;"

## CONCLUSION

WHEREFORE, the Defendant moves this Court to deny the Government's intent to use evidence or testimony of a drug sale by the Defendant on or about 3-8-04.

Respectfully submitted this the 9th day of June, 2008.

*/s/ Pate DeBardeleben*

Pate DeBardeleben, Attorney for the Defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Clark Morris by mailing to P.O. Box 197, Montgomery, AL 36101-0197 this the 9th day of June, 2008.

*/s/ Pate DeBardeleben*

Pate DeBardeleben