**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

UNITED STATES OF AMERICA,       *

v.                         * CASE NO.  2:07cr281-MHT

AMORY QUENTIN JAMAR DUDLEY.  *

<u>**WITHDRAW AS ATTORNEY**</u>

      Comes now Susan G.  James, attorney for Amory Dudley and files this motion to withdraw and support thereof states the following:

    1.  On today's date counsel was informed that Mr.  Dudley was terminating her services.

    2.  Dudley informed counsel he was retaining Bruce Maddox as new counsel.

Respectfully submitted,

                s/Susan G. James
                SUSAN G. JAMES
                Attorney at Law
                600 South McDonough Street
                Montgomery, Alabama 36104
                Phone: (334) 269-3330
                Fax: (334) 834-0353
                E-mail: sgjamesandassoc@aol.com
                Bar No: JAM012

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on June 11, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

                s/Susan G. James
                SUSAN G. JAMES
                  Attorney at Law
                600 South McDonough Street
                Montgomery, Alabama 36104
                Phone: (334) 269-3330
                Fax: (334) 834-0353
                E-mail: sgjamesandassoc@aol.com
                Bar No: JAM012