UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **Plaintiff,** | * |
| V. | *   Case No. 2:07-cr-281-MHT |
| **AMORY QUENTIN JAMAR DUDLEY,** | * |
| **Defendants.** | * |

### DEFENDANT'S REQUESTED VOIR DIRE QUESTIONS

Comes now the Defendant Amory Quentin Jamar Dudley in the above-styled cause, and respectfully requests this Honorable Court to qualify the jury as follows:

1. Have each member of the jury venire stand and state their name, occupation, and that of their spouse.

2. If any member of the jury venire has previously served on a state or federal Grand Jury, please stand and state your name and the date and place of service.

3. Have any of you ever served as a trial juror in a criminal or civil case, including this week? If so, please stand and (a) state your name, (b) date of service, (c) what court, (d) what kind of case, and (e) the verdict that was rendered.

4. Have any of you ever been represented by the United States Attorney or any member of his staff. If so, please stand and state your name.

5. Do any of you know the United States Attorney or any member of his staff? If so, please stand and state your name and the person's name on the United States Attorney's staff that you know.

6. Do any of you have a fixed opinion about this case or any case where someone is

accused of a crime? If so, please stand and state your name.

7. The Government has the burden of proof and the defendant is not required to meet any burden. Do any of you have any problems accepting the legal presumption that a defendant is presumed to be innocent until proven guilty or that the Government must prove the defendant guilty beyond a reasonable doubt?

8. If any member of the venire believes a defendant is guilty merely because he is charged with a crime, please stand and state your name.

9. A defendant is not required to prove his innocence and is not required to testify in any criminal case. Is there anyone who would believe the defendant is guilty merely because he did not testify? Identify.

10. Do any of you have any difficulty hearing, seeing, or reading?

11. Would any of you give a greater weight to the testimony of a law enforcement officer than that of a private citizen? If so, please stand and state your name.

12. Have you or any member of your family ever worked for a law enforcement agency (including military law enforcement), or do you or any member of your family intend to work for a law enforcement agency in the future? If so, please stand and identify.

13. Have you or any member of your family ever worked in any prosecutors or District attorney's office? If so, please stand and identify.

14. Have you or a member of your family ever worked in any attorney's office?

15. Have any of you ever testified in a criminal trial, civil trial, or before a Grand Jury? If so, please stand and identify.

16. Will any of you feel an obligation to reach a verdict because that was the vote of the

majority? If so, please stand and identify.

17. Please have the Government read a list of the Government's witnesses. Please raise your hand if you know any of these people. If you recognize their names, please tell me if you know them. (Read list of prosecution witnesses).

18. Would your knowledge of Government witnesses tend to influence you to believe that the person you know is more likely to tell the truth than someone you do not know? Please identify.

19. Are any of you members of VOCAL (Victims of Crime and Leniency).

20. Do any of you know any other person on the jury venire today?

   (a) What is your relationship to that person?

   (b) Would you be influenced by the way that juror reacted to the evidence if both of you are selected to sit on this jury?

21. Do any of you have any feelings which might affect your verdict in this case which I have not asked you about? If so, please identify.

22. Do any of you have any reason, personal to yourself, that causes you to prefer not to sit on this case? If so, please identify.

23. Is there anyone who feels that he or she cannot render a fair and impartial verdict in this case? If so, please identify.

24. Have: (1) Any of you or any member of your family had any unpleasant experience with drugs; or (2) Any of you have any feelings toward anyone charged with a drug crime that would make you feel anger or prejudiced toward one accused of a drug crime.

Respectfully submitted

        s/ Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 S. McDonough Street
        Montgomery, Alabama 36104
        Phone (334) 269-3330
        Fax: (334) 263-4888
        E-mail: sgjamesandassoc@aol.com
        Bar No. ASB7956J64S

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama 36101

        s/Susan G.James
        SUSAN G. JAMES
        Attorney at Law
        600 S. McDonough Street
        Montgomery, Alabama 36104
        Phone :(334) 269-3330
        Fax: (334) 263-4888
        E-mail: sgjamesandassoc@aol.com
        Bar No. ASB7956J64S