IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr281-MHT |
| SHENEKA L. DUDLEY MITCHELL | ) | |

## ORDER

It is ORDERED that defendant Sheneka L. Dudley Mitchell's motion in limine (Doc. No. 54) is set for submission, without oral argument, on June 20, 2008, at 12 noon, with all briefs due by said date and time.

DONE, this the 19th day of June, 2008.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE