IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA, RECEIVED

NORTHERN DIVISION           2008 JUN 20 A 9: 19

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL ACTION NO. |
| SHENEKA L. DUDLEY MITCHELL | * 2:07cr281-MHT |

## MOTION TO DISMISS MOTION IN LIMINE

## WITHOUT PREJUDICE

COMES NOW, the above named Sheneka L. Dudley Mitchell, and through counsel, moves this Court to dismiss her Motion in Limine without prejudice. As grounds for said motion counsel avers as follows;

1. The trial in this cause has been continued until September 22 2008.

2. Counsel shall work with counsel for the government on locating the requested audio tape.

3. If the tape cannot be located then counsel wishes the right to renew said motion if the case goes to trial.

Respectfully submitted this the 20th day of June, 2008.

*/s/ Pate DeBardeleben*

Pate DeBardeleben, Attorney for Sheneka L. Dudley Mitchell

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Clark Morris by mailing to P.O. Box 197, Montgomery, AL 36101-0197 this the 20th day of June, 2008.

Pate DeBardeleben