IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:07cr281-MHT
SHENEKA L. DUDLEY MITCHELL  )
```

### ORDER

It is ORDERED as follows:

(1) The motion to dismiss (Doc. No. 63) is treated as a motion to withdraw without prejudice and said motion is granted.

(2) The motion in limine (Doc. No. 54) is withdrawn without prejudice.

DONE, this the 24th day of June, 2008.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE