IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR-281-MHT |
| | ) | |
| AMORY QUENTIN DUDLEY | ) | |
| SHENEKA L. DUDLEY MITCHELL | ) | |

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and moves this Court for leave to dismiss, without prejudice, the Indictment, heretofore filed in the above-styled cause as to Amory Quentin Jamar Dudley and Sheneka L. Dudley Mitchell on the following ground: interest of justice.

Respectfully submitted this the 26th day of June, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07CR-281-MHT |
| ) | |
| AMORY QUENTIN DUDLEY ) | |
| SHENEKA L. DUDLEY MITCHELL ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Pate DeBardeleben and Susan James.

Respectfully submitted,

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A