IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CRIMINAL ACTION NO. |
| ) | 2:07cr281-MHT |
| AMORY QUENTIN JAMAR DUDLEY ) | (WO) |
| and SHENEKA L. DUDLEY     ) | |
| MITCHELL                  ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the government's motion for leave to dismiss indictment (Doc. No. 66) is granted and this case as to defendants Amory Quentin Jamar Dudley and Sheneka L. Dudley Mitchell is dismissed without prejudice.

DONE, this the 27th day of June, 2008.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE